JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| FONTEM VENTURES B.V., a Netherlands company; and FONTEM HOLDINGS 1 B.V., a Netherlands company, | Case No. CV 14-9266-GW(MRWx) **ORDER GRANTING DISMISSAL** |
|---|---|
| Plaintiffs, | |
| v. | |
| CB DISTRIBUTORS, INC., an Illinois corporation; DR DISTRIBUTORS, LLC, an Illinois limited liability company dba 21ST CENTURY SMOKE, LLC, and DOES 1-5, Inclusive, | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

111971-0003.0001/128675717.1

In light of the Joint Stipulation of Dismissal by Plaintiffs Fontem Ventures B.V. and Fontem Holdings 1 B.V. (together, "Fontem") and Defendants CB Distributors, Inc. and DR Distributors, LLC (together, "CB/DR"), the Court hereby ORDERS as follows:

1. All claims and counterclaims between Fontem and CB/DR in Case No. CV14-9266 shall be dismissed without prejudice.

2. Fontem and CB/DR shall each bear its own fees and costs.

3. The Court shall retain jurisdiction of this case for the sole purpose of enforcing the Settlement Agreement between Fontem and CB/DR.

**IT IS SO ORDERED**.

DATED: December 1, 2015

_____
The Hon. George H. Wu
Judge, United States District Court,
Central District of California